FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00379-CR
## NO. 02-14-00380-CR
## NO. 02-14-00381-CR
## NO. 02-14-00382-CR

RODERICK DIXON                                         APPELLANT

V.

THE STATE OF TEXAS                                            STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1352360D, 1352834D, 1352836D, 1376529W

------------

# ORDER

------------

We have considered the appellant's "First Motion For Extension Of Time In Which To File Appellant's Brief."

The motion is **GRANTED**. The appellant's brief is ordered due **Monday, May 11, 2015**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

FILE COPY

2

DATED March 11, 2015.

PER CURIAM

FILE COPY